IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRYCE DAREE CLARK, #341371 § | | |
|     *Plaintiff* § | | |
| § | | |
| VS. § | CIVIL ACTION NO. 4:17cv394 | |
| § | | |
| COLLIN COUNTY DETENTION FACILITY, § | | |
|  et. al. § | | |
|     *Defendants* § | | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding that Plaintiff's case should be dismissed without prejudice. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is therefore

**ORDERED** that Plaintiff's amended complaint (Dkt. #16) is **DISMISSED** without prejudice. All motions by either party not previously ruled upon are **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this the 19th day of June, 2018.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE